# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
Criminal No. 3:25-cr-00043-RGE-SBJ-2 : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Kisha Renee Rockwood

Gov. Atty(s): Melisa K. Zaehringer : ✔ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Abdel Reyes : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ✔ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a
Court Reporter: FTR Gold -242 : Controlled Substance (1)
Interpreter: N/A :
☐ Interpreter Sworn

Date: June 5, 2025
Initial Appearance Start Time: 2:41 pm    Arraignment Start Time:    End Time: 2:53 pm

## Initial Appearance

✔ Advised of Rights : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ✔ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
✔ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: : ☐ Advised of Charges/Maximum Penalties
Rule 16 Material due: : ☐ Indicted in True Name
Reciprocal Discovery due: :     True Name:
Pretrial Motions due: : ☐ Reading of Indictment Waived
Plea Notification Deadline: :     Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline: : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☐ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention :   Arraignment &
☐ Defendant Waived Preliminary Examination : Detention Hearing Set: June 10, 2025, at 2:30 pm
☐ Defendant Waived Detention Hearing : Before: The Honorable Stephen B. Jackson, Jr.
Court Ordered Defendant: : Courthouse: Davenport    Room: 242
☐ Released on Bond : Revocation Hearing Set:
✔ Detained : Before:
: Courthouse:    Room:

/s/ Brian Phillips
Deputy Clerk